IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANN BRISTOW,<br><br>    Plaintiff<br><br>v.<br><br>JACOB C. CLEVENGER and<br>SPRING GARDEN TOWNSHIP,<br><br>    Defendants | CIVIL NO. 1:CV-00-0600  |

### O R D E R

    On March 22, 2002, the United States Court of Appeals for the Third Circuit affirmed in part and reversed in part this court's memorandum and order dated January 8, 2001, and remanded the action to this court for further proceedings. Before the court schedules a case management conference, Plaintiff will be given a period of time to file an amended complaint which shall follow the admonitions of the Third Circuit Court regarding the preparation of the amended complaint.

    In addition, the amended complaint shall be complete in all respects. It shall be a new pleading which stands by itself as an adequate complaint without reference to the complaint already filed. Soto v. Jeffes, M.D. Pa. Civil No. 76-1155 (Memorandum and Order, Nealon, C.J., March 9, 1977), at 3. The amended complaint shall also be "simple, concise, and direct" as required by the Rules of Civil Procedure. Fed. R. Civ. P. 8(e)(1).

**IT IS THEREFORE ORDERED THAT** no later than August 9, 2002, Plaintiff shall file an amended complaint in conformity with this order.

　　　　　　　　　　　　　　　　　　　　/s/ Sylvia H. Rambo
　　　　　　　　　　　　　　　　　　　　SYLVIA H. RAMBO
　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: July 10, 2002.