IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANN BRISTOW, | : | CIVIL ACTION – LAW |
| Plaintiff | : | |
| vs. | : | NO. 1:CV:00-0600 |
| | : | |
| JACOB C. CLEVENGER and | : | JUDGE RAMBO |
| SPRING GARDEN TOWNSHIP, | : | |
| Defendants | : | JURY TRIAL DEMANDED |

### DEFENDANTS' CONCURRED IN MOTION FOR ENLARGEMENT OF TIME TO FILE A BRIEF

AND NOW, come Defendants, Jacob Clevenger and Spring Garden Township, by and through their attorneys, Lavery, Faherty, Young & Patterson, P.C., and file this Concurred in Motion for Enlargement of Time to File a Brief and in support thereof, aver as follows:

1. On August 27, 2002, Defendants filed a Motion to Dismiss Plaintiff's Amended Complaint.

2. Pursuant to Local Rule 7.5, Defendants' Brief in Support of their Motion to Dismiss Plaintiff's Amended Complaint is due on Wednesday, September 11, 2002.

3. Due to previously scheduled commitments, including, but not limited to oral argument in the Commonwealth Court, a permanent injunction proceeding, as well as various hearings and/or depositions, undersigned defense counsel is in need of a two-day extension of time within which to file the Brief in support of the pending dispositive motion.

4. The requested extension of time is brief in duration; it will not prejudice Plaintiff's substantive rights; and it will not unduly delay the adjudication of this matter on the merits.

5. Don Bailey, Esquire, Plaintiff's counsel, concurs in this Motion for Enlargement of Time to File a Brief.

WHEREFORE, Defendants respectfully request this Honorable Court grant their Concurred in Motion for Enlargement of Time to File a Brief and enter the accompanying Court Order.

Respectfully submitted,

Lavery, Faherty, Young & Patterson, P.C.

By: _____
James D. Young, Esquire
Atty No. 53904
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245
Attys for Defendants

DATE: 9/11/02

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANN BRISTOW, <br> Plaintiff <br> vs. <br><br> JACOB C. CLEVENGER and <br> SPRING GARDEN TOWNSHIP, <br> Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION – LAW <br><br> NO. 1:CV:00-0600 <br><br> JUDGE RAMBO <br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF CONCURRENCE

I, James D. Young, Esquire, counsel for Defendants, do hereby certify that I have obtained the concurrence of Don Bailey, Esquire, counsel for Plaintiff, in the attached Motion for Enlargement of Time to File a Brief.

LAVERY, FAHERTY, YOUNG &
PATTERSON, P.C.

Date: 9/11/02

By: *[signature]*
James D. Young, Esquire
Attorney I.D. #43904
P. O. Box 1245
Harrisburg, PA 17108-1245
(717) 2323-6633
Attorney for Defendants

# CERTIFICATE OF SERVICE

I, Linda L. Gustin, an employee of the law firm of Lavery, Faherty, Young & Patterson, P.C., do hereby certify that on this ___11ᵗʰ___ day of September, 2002, I served a true and correct copy of the foregoing **Defendants' Concurred in Motion for Enlargement of Time to File a Brief** via U.S. First Class mail, postage prepaid, addressed as follows:

Don Bailey, Esquire
4311 North Sixth Street
Harrisburg, PA 17110

_____
Linda L. Gustin