*29*

*9-12-02*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANN BRISTOW, | : | CIVIL ACTION – LAW |
| Plaintiff | : | |
| vs. | : | NO. 1:CV:00-0600 |
| | : | |
| JACOB C. CLEVENGER and | : | JUDGE RAMBO |
| SPRING GARDEN TOWNSHIP, | : | |
| Defendants | : | JURY TRIAL DEMANDED |

FILED

SEP 1 2 2002

PER _____

## O R D E R

AND NOW, this ___12___ day of September, 2002, upon consideration of Defendants' Concurred in Motion for Enlargement of Time to File a Brief, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is granted and Defendants may file a Brief in Support of their Motion to Dismiss Plaintiff's Amended Complaint on or before Friday, September 13, 2002.

BY THE COURT:

Sylvia H. Rambo
United States District Judge