IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOANN BRISTOW,** : | **CIVIL NO. 1:CV-00-0600** |
| **Plaintiff** : | |
| v. : | |
| **JACOB C. CLEVENGER and** : | |
| **SPRING GARDEN TOWNSHIP,** : | |
| **Defendants** : | |

## O R D E R

The background of this order is as follows:

On November 25, 2002, an order was issued granting in part and denying in part Defendants' motion to dismiss. In that order, Plaintiff was granted leave to file by December 12, 2002, a second amended complaint to add an allegation of physical injury to her claim against Defendant Spring Garden Township for negligent infliction of emotional distress. No second amended complaint has been filed.

Accordingly, **IT IS HEREBY ORDERED THAT:**

1) The negligent infliction of emotional distress claim against Defendant Spring Garden Township is dismissed.

2) A case management conference will be conducted by the court on April 10, 2003 at 9:15 a.m. in the chambers of Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. In the interest of economy, this conference will take place by telephone. The placement of the telephone conference call is the responsibility of the parties. The telephone number of the court is 717-221-3960.

       3) The parties need not file a proposed joint case management plan, but shall be prepared to discuss a case management track to enable this action to go forward as efficiently as possible.

                                  s/Sylvia H. Rambo
                                  SYLVIA H. RAMBO
                                  United States District Judge

Dated: March 26, 2003.