IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOANN BRISTOW,** | : | **CIVIL NO. 1:CV-00-0600** |
| **Plaintiff** | : | |
| v. | : | |
| **JACOB C. CLEVENGER and SPRING GARDEN TOWNSHIP,** | : | |
| **Defendants** | : | |

## **O R D E R**

**IT IS HEREBY ORDERED THAT** the captioned action is referred to the Honorable J. Andrew Smyser, United States Magistrate Judge, for the purpose of conducting settlement negotiations at the earliest possible date convenient to the magistrate judge.

                                      s/Sylvia H. Rambo
                                      SYLVIA H. RAMBO
                                      United States District Judge

Dated: April 10, 2003.