UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANN BRISTOW, | : | **CIVIL NO. 1:00-CV-0600** |
| | : | |
| Plaintiff | : | (Judge Rambo) |
| | : | |
| v. | : | (Magistrate Judge Smyser) |
| | : | |
| JACOB C. CLEVENGER and | : | |
| SPRING GARDEN TOWNSHIP, | : | |
| | : | |
| Defendants | : | |

## ORDER

**IT IS ORDERED** that a settlement conference is set for **May 1, 2003** at 3:00 p.m., in Chambers, Room 1110, Eleventh Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.  Counsel shall attend along with clients and/or persons with full settlement authority. Settlement memoranda may be filed, but are not required.

*/s/ J. Andrew Smyser*
**J. Andrew Smyser**
Magistrate Judge

Dated:   April 14, 2003.