IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOANN BRISTOW,** | **CIVIL NO. 1:CV-00-0600** |
| **Plaintiff** | |
| v. | |
| **JACOB C. CLEVENGER and SPRING GARDEN TOWNSHIP,** | |
| **Defendants** | |

## O R D E R

The magistrate judge to whom this matter was referred for purposes of conducting settlement discussions has reported to this court that the captioned action has been settled.  Accordingly, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: May 6, 2003.